UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE LAMONT VARNER,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY, Warden,<br><br>    Respondent.<br>_____/ | No. C 14-2218 EMC (pr)<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION; AND GRANTING EXTENSION OF DEADLINE TO FILE TRAVERSE** |

Petitioner has filed a "request for reconsideration by the district judge of the magistrate judge's ruling" in the May 19, 2015 order. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Petitioner has not shown newly discovered evidence, clear error, manifest injustice or an intervening change in the controlling law with regard to the May 19, 2015 order. Additionally, despite Petitioner's statement to the contrary, there was no ruling by a magistrate judge; 28 U.S.C. § 636 therefore does not apply. Petitioner's request for reconsideration is **DENIED**. Docket # 31.

///

///

///

///

///

The Court will grant a final extension of the deadline to file the traverse. Petitioner must file and serve his traverse no later than **August 7, 2015**. This deadline will not be further extended because, by the time it arrives, Petitioner will have had more than five months to file his traverse.

IT IS SO ORDERED.

Dated: July 17, 2015

_____
EDWARD M. CHEN
United States District Judge

2